RECEIVED
OCT 24 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH CLYDE POTIER and GLENDA POTIER | CIVIL ACTION NO. 6:13-cv-00789 |
| VERSUS | JUDGE DOHERTY |
| JBS LIBERTY SECURITIES, INC. ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Defendant American General Securities, Inc.'s alternative motions to compel arbitration or to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Rec. Doc. 73) were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss is GRANTED because the plaintiffs' claims against American General are time-barred, and the plaintiffs' claims against American General are dismissed without prejudice, consistent with the report and recommendation.

Lafayette, Louisiana, this 24 day of October, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE